# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

**BRIAN COREY CAMPBELL,**

    Petitioner,

v.                                            **Case No. 3:17cv662-LC/CAS**

**UNITED STATES OF AMERICA,**

    Respondent.

_____/

## ORDER

This matter is before the Court on the Report and Recommendation of the U.S. Magistrate Judge dated February 1, 2018. ECF No. 12. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant 28 U.S.C. § 636(b)(1). I have made a *de novo* review of the timely filed objections.

Having considered the Report and Recommendation, and the objections filed thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows**:**

1. The Report and Recommendation, ECF No. 12, is adopted and incorporated by reference in this order.

2. The petition for writ of habeas corpus filed by Brian Corey Campbell pursuant to 28 U.S.C. § 2241 is **DENIED**.

3. A certificate of appealability is **DENIED** and leave to appeal in forma pauperis is also **DENIED**.

**DONE AND ORDERED** this 15th day of February, 2018.

s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**